AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br><br>KELLIE KATHLEEN MCAULIFFE<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  1:26-cr-098-03 |

**REC'D USMS-D/NI
2026 MAY 14 10:5**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Kellie Kathleen MCAULIFFE                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Conspiracy to Interfere with Commerce Through Robbery
Interference with Commerce Through Robbery
Aiding and Abetting

| | |
|---|---|
| Date:    05/14/2026 | /s/ Melissa Fischer<br>_Issuing officer's signature_ |
| City and state:    Bismarck, ND | Melissa Fischer, Deputy Clerk<br>_Printed name and title_ |

| Return |
|---|
| This warrant was received on _(date)_ 5/14/26 , and the person was arrested on _(date)_ 5/21/26 at _(city and state)_ BISMARCK, ND .<br><br>Date: 5/21/26    _Anthony Meeron_<br>                                    _Arresting officer's signature_<br><br>                                    ANTHONY MELROSE, DUSM<br>                                    _Printed name and title_ |